The People of the State of Illinois, defendant in error, v. Viola Brown, plaintiff in error. Gen. No. 23,963.

Error to the Municipal Court of Chicago; the Hon. John A. Mahoney, Judge, presiding. Heard in this court at the October term, 1918. Affirmed on opinion in People v. Robertson, *ante*, p. 481. Opinion filed June 16, 1919. Rehearing denied June 30, 1919.

Jacob Katz, for plaintiff in error; K. B. Czarnecki, of counsel. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Joseph M. Laughlin, appellee, v. William M. Hopkinson, appellant. Gen. No. 24,659.

Action to recover for deceit in sale of retail clothing business. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed June 16, 1919. Rehearing denied June 30, 1919.

Charles B. Stafford, for appellant. Lewis F. Jacobson, for appellee; David F. Rosenthal, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Patrick F. Loftus, appellee, v. Charles E. Frazier et al., Civil Service Commissioners of the City of Chicago, appellants. Gen. No. 24,788.

Action of mandamus to compel civil service commissioners to hold examination. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed June 16, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Samuel A. Ettelson, for appellants; Roy S. Gaskill, of counsel. Francis X. Busch, for appellee; Elmer M. Leesman, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

National Fire Proofing Company, appellee, v. Lanquist & Illsley Company, appellant. Gen. No. 24,836.

Action to recover balance due under construction contract. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed June 16, 1919.

Elbridge Hanecy, for appellant. John T. Richards, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Crutchfield, Woolfolk & Clore, plaintiff in error, v. Atlantic Coast Line Railroad Company, defendant in error. Gen. No. 24,896.

Action to recover for negligence in shipment of freight. Judgment for defendant. Error to the County Court of Cook county; the Hon. J. J. Croke, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 16, 1919.

Charles A. Butler, for plaintiff in error. Edward W. Rawlins and Donald H. Mann, for defendant in error.

Mr. Presiding Justice Dever delivered the opinion of the court.